UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JUL 12 PM 3:31

CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 5:18-cr-88-1 |
| | ) |
| CHRISTOPHER MAIN | ) |
| Defendant | ) |

## INDICTMENT

### Count 1

The Grand Jury charges that:

Between in or about June 14, 2018 and in or about June 15, 2018, in the District of Vermont, the defendant, CHRISTOPHER MAIN, unlawfully and knowingly used and maintained a place located at 217 Washington Avenue, Bennington, Vermont, for the purpose of using and distributing cocaine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. § 856(a)(1))

A TRUE BILL

███████████████

FOREPERSON

*[signature]*

CHRISTINA E. NOLAN (JJB)
United States Attorney
Burlington, Vermont
July 12, 2018

1