Christopher M. Main
167 State St
Rutland, VT. 05701
7/16/2018



Dear Magistrate Conroy,

I have been given notice that there is a federal hold on me by order of a Federal "Complaint". After several discussions with attorney Peter Langrock concerning this matter I have been advised by Mr. Langrock to request that he be appointed as counsel on my behalf a.s.a.p. or while this complaint is active and before any possible Grand Jury is convened. Regardless Counsel is requested Your sincere and timely attention to this matter will be greatly appreciated.

Sincerely

Christopher M Main